IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. 3:15mj 282 (DJN) |
| | ) |
| v. | ) |
| | ) |
| JESSICA L. MCKENZIE, | ) |
| | ) |
| Defendant. | ) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, JESSICA L. MCKENZIE, was on Fort Lee, Virginia, in the Eastern District of Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

## COUNT ONE

(Misdemeanor – Citation No. 2815843)

On or about October 24, 2015, at Fort Lee, Virginia, property administered by the Department of Defense, in the Eastern District of Virginia, and within the special territorial jurisdiction of the United States and this Court, defendant, JESSICA L. MCKENZIE, did knowingly and intentionally commit an assault by striking another

U.S. v. JESSICA L. MCKENZIE

person, to wit: JESSICA L. MCKENZIE struck Cassandra D. Battle, by pulling her hair and kicking her with her feet.

(In violation of Title 18, United States Code, Section 113(a)(4)).

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Stephen C. Dimpsey
Special Assistant United States Attorney